# IN THE UNITED STATES DISTRICT COURT OF
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| STONE ENERGY CORPORATION & | § | |
| STONE ENERGY OFFSHORE, L.L.C. | § | |
| | § | CIVIL ACTION NO. 6:18-CV-00213-UDJ-CBW |
| Plaintiffs, | § | |
| VS. | § | |
| | § | |
| NIPPON STEEL & SUMITOMO METAL | § | UNASSIGNED DISTRICT JUDGE |
| CORPORATION & PYRAMID | § | |
| TUBULAR PRODUCTS, LP | § | |
| | § | MAGISTRATE JUDGE CAROL B. |
| Defendants. | § | WHITEHURST |
| | § | |

## DEFENDANT PYRAMID TUBULAR PRODUCTS, L.L.C.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PERSONS

Pursuant to the Disclosure Statement requirements in Rule 7.1(a) of the Federal Rules of

Civil Procedure and Western District of Louisiana Local Rule 5.6, Defendant Pyramid Tubular

Products, L.L.C.[1] hereby provides the following information:

Plaintiffs

    1.    Stone Energy Corporation.

    2.    Stone Energy Offshore, L.L.C., which upon information and belief is wholly

owned by Stone Energy Corporation.

---

[1] Pyramid Tubular Products, LP converted to a limited liability company on November 6, 2015. Accordingly, Pyramid presents this corporate disclosure in its current capacity as a limited liability company.

**DEFENDANT PYRAMID TUBULAR PRODUCTS, LP'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PARTIES - Page 1**

<u>Defendants</u>

3.     Nippon Steel & Sumitomo Metal Corporation.

4.     Pyramid Tubular Products, L.L.C., which is wholly owned by Sumitomo

Corporation of Americas.

Respectfully submitted,

By: /s/ Joseph A. Fischer, III
    Joseph A. Fischer, III
    Louisiana Bar No. 34381
    tfischer@jw.com

**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221

**ATTORNEYS   FOR   DEFENDANT
PYRAMID   TUBULAR   PRODUCTS,
L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2018, a true and correct copy of the foregoing has been served on counsel for Plaintiffs via ECF as follows:

Paul Matthew Jones
Liskow & Lewis
mjones@liskow.com

Michael A. Golemi
Liskow & Lewis
magolemi@liskow.com

Brittan J. Bush
Liskow & Lewis
bjbush@liskow.com

/s/ Joseph A. Fischer, III
Joseph A. Fischer, III

DEFENDANT PYRAMID TUBULAR PRODUCTS, LP'S CORPORATE
DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PARTIES - **Page 3**

19911864v.1