# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| STONE ENERGY CORPORATION, ET AL | : | CIVIL ACTION NO. 6:18-CV-00213 |
| VERSUS | : | JUDGE MICHAEL J. JUNEAU |
| NIPPON STEEL & SUMITOMO METAL CORPORATION & PYRAMID TUBULAR PRODUCTS, LP, ET AL | : | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| | : | JURY DEMAND |

## ANSWER OF NIPPON STEEL CORPORATION TO THE CROSS-CLAIM OF SUMITOMO CORPORATION OF AMERICAS

NOW INTO COURT, through undersigned counsel, comes Nippon Steel Corporation (hereinafter "NSC"), erroneously named as NSSMC, who, for answer to the Cross-Claim of Sumitomo Corporation of Americas (Doc. 62), avers as follows:

130.

No answer or response is required to the allegations of Paragraph 130 of the Cross-Claim. But if answer or response be deemed required, then those allegations are denied.

131.

The allegations of Paragraph 131 of the Cross-Claim are admitted.

132.

In response to the allegations of Paragraph 132 of the Cross-Claim, NSC likewise denies that the Tubing and Couplings had a redhibitory defect or vice as alleged by the plaintiffs.  If there

1

was a purported redhibitory defect or vice in the Tubing and/or Couplings, as alleged by plaintiffs, NSC denies any such defect or vice would have existed at the time the Tubing and Couplings were delivered by NSC to Pyramid.

133.

The allegations of Paragraph 133 to the Cross-Claim are conclusions of law and for which no answer or response is required.  But if answer or response be deemed required, then those allegations are denied.

134.

NSC denies cross-claimant's prayers for relief as well as all misnumbered and/or unnumbered paragraphs of the Cross-Claim.

135.

NSC expressly reserves the right to assert additional defenses and amend this answer to the extent additional facts are obtained in discovery and to the extent Sumitomo Corporation of Americas amends or clarifies any of its allegations in its Cross-Claim.

JURY DEMAND

NSC specifically demands herein trial by jury as to all issues of fact raised by the Cross-Claim of Sumitomo Corporation of Americas, and the Answer of NSC, and all other issues triable by jury as a matter of law.

WHEREFORE, premises considered, NIPPON STEEL CORPORATION prays that its Answer to the Cross-Claim be deemed good and sufficient, and that after all due proceedings and legal delays are had, including trial by jury, there be judgment rendered herein in its favor and against cross-claimant, dismissing its claims against Nippon Steel Corporation with prejudice, and

at its costs, and for such other, further and different relief as justice and the equity of this case may

require.

Respectfully submitted,

**MG+M LAW FIRM**

BY: _David R. Frohn_

**DAVID R. FROHN**, #5758
2201 Lake Street, Suite 106
Lake Charles, LA 70601-7199
Telephone: (337) 419-1929
Facsimile: (337) 564-6899
dfrohn@mgmlaw.com

and

**MEGHAN B. SENTER,** Bar No. 34088
MG+M Law Firm
365 Canal Street, Suite 3000
New Orleans, Louisiana 70130
Phone:     (504) 535-2880
Facsimile: (504) 535-2886
msenter@mgmlaw.com

**COUNSEL FOR NIPPON STEEL
CORPORATION**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via U.S. Mail, postage prepaid and properly addressed, electronically, or via the Court's CM/ECF system, this 19th day of June, 2019.

_____

**DAVID R. FROHN**