# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| STONE ENERGY CORPORATION & STONE ENERGY OFFSHORE, L.L.C., ET AL | * * * * | CIVIL ACTION NO. 6:18-CV-00213 |
| VERSUS | * * * | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| NIPPON STEEL & SUMITOMO METAL CORPORATION & PYRAMID TUBULAR PRODUCTS, LP, ET AL | * * | MAGISTRATE JUDGE WHITEHURST |

## JOINT STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE

All parties to this action, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims, amended claims, counter-claims, and cross-claims made herein against and among all current and previous parties, with each party to bear its own attorney's fees and costs, and with plaintiffs reserving no rights against anyone for their claims made herein.

Respectfully submitted,

**LISKOW & LEWIS**

/s/ *Nena M. Eddy*
Paul Matthew Jones LA (Bar #19641)
Brittan J. Bush (Bar #34472)
Nena M. Eddy (Bar #38729)
822 Harding Street
P.O. Box 52008
Lafayette, Louisiana 70505
Telephone: (337) 232-7424

and

1

/s/ *Alma F. Shields*
Michael A. Golemi (Bar #26306)
Alma F. Shields (TX Bar #24069800)
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908

*Attorneys for Plaintiffs*

**MG+M LAW FIRM**

BY: *David R. Frohn*

**DAVID R. FROHN**, #5758
3729 Cobblestone Drive
Lake Charles, LA 70605-2570
Telephone:  (337) 852-2500
Facsimile:   (504) 535-2886
dfrohn@mgmlaw.com

**MEGHAN B. SENTER,** Bar No. 34088
**VIKRAM S. BHATIA**, Bar No. 37586
MG+M Law Firm
365 Canal Street, Suite 3000
New Orleans, Louisiana 70130
Telephone: (504) 535-2880
Facsimile:  (504) 535-2886
msenter@mgmlaw.com
vbhatia@mgmlaw.com

and

**BRENT M. KARREN**
(*Pro Hac Vice*)
MG+M Law Firm
201 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 527-2828
Facsimile: (415) 512-6791
bkarren@mgmlaw.com

**COUNSEL FOR NIPPON STEEL CORPORATION**

By: */s/ Joseph A. Fischer, III*
Joseph A. Fischer, III
Louisiana Bar No. 34381
tfischer@jw.com

**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

Christopher A. Thompson
*Admitted Pro Hac Vice*
cthompson@jw.com

**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS PYRAMID TUBULAR PRODUCTS, L.L.C. AND SUMITOMO CORPORATION OF AMERICAS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system and/or by electronic means, this 4th day of April, 2022.

**DAVID R. FROHN**

3